IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELIZABETH ELINKNAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RP FIELD SERVICES, LLC and NATIONAL CREDITORS CONNECTION, INC., <br><br> Defendants. | Civil Action No.: 4:18-cv-00108-WTM-GRS |

## JOINT MOTION FOR STAY OF LITIGATION PENDING MEDIATION

Defendants RP Field Services, LLC and National Creditors Connection, Inc. ("Defendants"), and Plaintiff, Elizabeth Elinknan, individually and on behalf of all others similarly situated ("Plaintiff"), by and through their respective undersigned counsel, jointly move this Court to enter an Order staying the present litigation pending the outcome of Mediation. In support of this motion, Plaintiff and Defendants state the following:

1. Plaintiff filed this case as a putative collective action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et. seq.*

2. The Parties have conferred extensively in good faith regarding the scope of the case and how to attempt to efficiently resolve it. As a result of these

discussions, and in an effort to avoid unnecessary expense and resources, the Parties have agreed to attempt mediation of this case before proceeding further.

3. To afford the Parties time to effectively prepare for mediation, the Parties agree to a stay of all discovery and all other deadlines, including Defendants' deadline to respond or otherwise plead to the Complaint, and to assert any counterclaims and/or crossclaims, as well as any Parties' motion to compel arbitration, for 150 days from the Court's Order staying this case. However, the Parties agree to the exchange of reasonable discovery necessary for mediation. At the outset, this will involve Defendants' production of data for the current opt-ins. The Parties will subsequently promptly meet and confer on what reasonable data is necessary to produce, if any, in order for the Parties to effectively calculate and extrapolate damages for all putative class members.

4. The requested length of time is necessary to enable Defendants to extract and produce the necessary data and information to enable the Parties to effectively prepare for and engage in a meaningful mediation.

5. The Parties have already agreed to a mediator and agree to mediate within 150 days of the Court's Order staying this case.

6. Nothing in this Joint Motion shall be interpreted as limiting, waiving, or modifying any of the Parties' claims and/or defenses.

7. The Parties agree to toll the FLSA statute of limitations for the period from the date of filing this Joint Motion until such time as the Parties jointly inform the Court mediation has failed.

8. This Joint Motion is not made for the purposes of delay and is made in good faith by the Parties in an effort to efficiently handle this action.

9. Within 7 days of the completion of mediation, the Parties will either notify the Court of a resolution, or, if the case is not resolved, request a status conference.

WHEREFORE, the Parties respectfully request that this Court enter an order staying all deadlines in this case for 150 days, including discovery and pleading deadlines, pending the outcome of mediation.

Respectfully submitted this 30th day of July, 2018.

| */s/ Michele Fisher* | */s/ Eric Magnus* |
| --- | --- |
| Michele R. Fisher | Eric R. Magnus |
| Georgia Bar No. 076198 | Georgia Bar No.: 801405 |
| NICHOLS KASTER, PLLP | JACKSON LEWIS P.C. |
| 4600 IDS CENTER | 1155 Peachtree Street, NE |
| 80 S. 8TH St. | Suite 1000 |
| Minneapolis, MN 55402 | Atlanta, Georgia 30309 |
| Tel: (877) 448-0492 | Tel: (404) 525-8200 |
| Email: fisher@nka.com | Email: magnuse@jacksonlewis.com |
| | |
| John T. Sparks | B. Tyler White |
| Georgia Bar No.: 669575 | Florida Bar No. 038213 |

| | |
|---|---|
| AUSTIN & SPARKS, P.C.<br>2974 Lookout Place, N.E., Suite 200<br>Atlanta, GA 30305<br>Tel: (404) 869-0100<br>Email: jsparks@austinsparks.com<br><br>Scott Brady; LA Bar No. 24976<br>Philip Bohrer; LA Bar No. 14089<br>BOHRER BRADY, LLC<br>8712 Jefferson Highway, Suite B<br>Baton Rouge, LA 70809<br>Tel: (225) 925-5297<br>Email: scott@bohrerbrady.com<br>Email: phil@bohrerbrady.com<br><br>ATTORNEYS FOR PLAINTIFF | JACKSON LEWIS P.C.<br>501 Riverside Avenue, Suite 902<br>Jacksonville, FL  32202<br>Tel:   (904) 638-2655<br>Email: whitet@jacksonlewis.com<br><br><br><br><br><br><br><br><br><br>ATTORNEYS FOR DEFENDANTS |

4814-2684-4526, v. 2