FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 AUG -8 PM 2:00
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELIZABETH ELINKNAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RP FIELD SERVICES, LLC and NATIONAL CREDITORS CONNECTION, INC.<br><br>Defendants. | Civil Action No. 4:18-cv-00108-WTM-GRS |

Pursuant to the Parties' Joint Motion for Stay of Litigation Pending Mediation in the above-entitled action (ECF No. 39), the Court orders that all deadlines in the above-entitled action including Defendants' deadline to respond or otherwise plead to the Complaint, are stayed pending the Parties' mediation. The Court further orders that the FLSA statute of limitations is tolled for all putative class members for the period covering July 30, 2018 until such time as the Parties inform the Court that mediation has failed. The Court further orders that within seven days of the completion of mediation, *and by no later than Nov. 8, 2018,* the Parties will either notify the Court of a resolution, or, if the case is not resolved, request a status conference.

**IT IS SO ORDERED.**

_____
The Honorable G.R. Smith
Magistrate Judge for the
Southern District of Georgia