IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ELIZABETH ELINKNAN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>RP FIELD SERVICE LLC and )<br>NATIONAL CREDITORS CONNECTIONS, )<br>INC., )<br>)<br>    Defendants. )<br>) | CASE NO. CV418-108 |

## O R D E R

Before the Court is Plaintiffs' Second Renewed Consent Motion for Preliminary Approval of Settlement. (Doc. 66.) Pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982), and 29 U.S.C. § 216(b), the Court must scrutinize the proposed settlement of Fair Labor Standards Act ("FLSA") claims for fairness before entering a stipulated judgment. A court may preliminarily approve a settlement to allow notice to issue to putative plaintiffs and allow them to object to or opt-out of the settlement. See Mygrant v. Gulf Coast Rest. Group, Inc., No. 18-0264-WS-M, 2019 WL 4620367, *3 (S.D. Ala. Sept. 23, 2019); Pierre-Val v. Buccaneers Ltd. Partnership, No. 8:14-CV-01182-CEH-EAJ, 2015 WL 3776918, at *1 (M.D. Fla. June 17, 2015).

On February 11, 2020, the Court ordered the parties to supplement their previous motion to approve settlement to address

certain concerns raised by the Court. (Doc. 64.) Specifically, the Court declined to accept the parties' proposed settlement agreement for four reasons: (1) the parties failed to notify putative plaintiffs of the settlement; (2) the parties failed to discuss liquidated damages; (3) the Court could not assess the reasonableness of the attorneys' fees; and (4) the release provision in the Settlement Agreement was too pervasive. (<u>Id.</u> at 2.)

Now, the parties have submitted their second renewed motion addressing the concerns raised by the Court. (Doc. 66.) In their motion, the parties request that the Court "(1) grant this renewed motion preliminarily approving the settlement, (2) permit notice of the settlement to be issued, and (3) set a deadline for the submission of a motion for final settlement approval for 94 days after the Court's preliminary approval Order." (Doc. 66, Attach. 1 at 17.)

After careful consideration, the Court finds that the parties have addressed the Court's concerns and the settlement terms appear to be fair and reasonable. Accordingly, the motion (Doc. 66) is **GRANTED** and the settlement terms contained in the motion, the addendum to the Settlement Agreement (Doc. 66, Attach. 4) and the Settlement Agreement (Doc. 60, Attach. 4) are **PRELIMINARILY APPROVED**. As a result, the parties are permitted to distribute the notice of settlement to give Plaintiffs and putative plaintiffs an opportunity

2

to object to the settlement terms. The parties shall submit a motion for final settlement approval within **ninety-four (94) days** of this order.

SO ORDERED this 19th day of January 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA