# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ELIZABETH ELINKNAN, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.                                      Case No.: CV418–108

RP FIELD SERVICES, LLC, and
NATIONAL CREDITORS
CONNECTION, INC.,

    Defendants.

## DECLARATION OF MICHELE R. FISHER
## IN SUPPORT OF PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL OF SETTLEMENT AND DISMISSAL

I, Michele R. Fisher, hereby declare:

1. I am a partner at the law firm of Nichols Kaster, PLLP. I represent Plaintiffs in the above-referenced matter. I have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Plaintiffs' Consent Motion for Final Approval of Settlement and Dismissal.

3. Attached are true and correct copies of the following exhibits:

    **Exhibit A**    JND Notice Summary

    **Exhibit B**    List of individuals to be dismissed with prejudice

    **Exhibit C**    List of individuals to be dismissed without prejudice

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2

Date:  4/23/21                                                                 *s/Michele R. Fisher*
                                                                                Michele R. Fisher